UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYECHECK, INC., | No. 2:14-CV-2889 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| SWEETSUN INTERTRADE, INC., et al., | |
| Defendants. | |

Plaintiff filed its complaint in this action on December 11, 2014.  The case was set for a pretrial scheduling conference on April 16, 2015, but the date was reset because the parties had not filed a joint status report.  Defendants have not yet appeared in this action and as of today's date, no further action has been taken by plaintiff to complete litigation of this case.

IT IS THEREFORE ORDERED that plaintiff show cause within fourteen days of the date of this order why this case should not be dismissed for failure to prosecute.  FED. R. CIV. P. 41(b).

DATED: April 28, 2015.

_____
UNITED STATES DISTRICT JUDGE

1