EXHIBIT A

## DECLARATION OF D. MICHAEL CRUZ

I, D. MICHAEL CRUZ, declare as follows:

1. I am Legal Counsel for Scottsdale Capital Advisors ("SCA") and make this declaration based upon my personal knowledge regarding the allegations found in the Complaint captioned *MYE*. I am competent to testify as to the matters stated herein.

2. SCA is a registered broker dealer that clears and sells restricted stock.

3. When restricted stock is deposited with SCA, it conducts due diligence to ensure that the stock meets certain federal conditions such that it can be sold in the marketplace as free trading and marketable securities.

4. SCA never owned MYEcheck stock.

5. SCA held the certificates for purposes of obtaining confirmation for the owners after due diligence that the shares were properly marketable under the applicable federal rules before they were transferred in sales to other purchasers.

6. After confirming the marketability of the shares, SCA lifted the restriction on transfer, making the shares freely tradable.

7. Sweetsun sold over 700 million shares of MYEcheck stock into the marketplace prior to mid-November 2013, with the sales beginning in February 2013.

8. Defendant Titan International Securities, Inc. attempted to deposit 255,000,000 shares at SCA, but the deposit was not accepted.

9. Seven Mile Securities is also a named defendant in connection with 275,000,000 MYEcheck shares allegedly issued to it on January 4, 2013, but these shares were not deposited at SCA. Defendant Seven Mile Securities has never maintained an account at SCA.

10. MYEcheck did not complain to SCA about the issuance of the shares until on or about November 13, 2013, after hundreds of millions of the shares about which it now complains had been sold.

11. On or about November 15, 2013, SCA received a November 13, 2013 letter

on behalf of MYEcheck to non-party Alpine Securities asserting only that shares were "issued to Sweetsun Intertrade Inc [sic] in error" A true and correct copy of the correspondence from Edward Starrs ("Starrs"), Chief Executive Officer for Plaintiff to Alpine Securities Compliance Department dated November 13, 2013 is attached as Exhibit 1

12. On or about November 25, 2013, SCA received a November 25, 2013 MYEcheck letter to Alpine Securities alleging that MYEcheck shares had been issued "without consideration." A true and correct copy of the letter from Starrs to Betsy Voter and Holly Harpin of Alpine Securities dated November 25, 2013 is attached as Exhibit 2.

13. After learning that Plaintiff was raising concerns about the issuance of MYEcheck stock to Sweetsun, SCA and others agreed to voluntarily restrain further transactions in Plaintiff's shares to allow Plaintiff to pursue a judicial order restricting sale of the MYEcheck stock.

14. In the January 16, 2014 e-mail referenced by Plaintiff at paragraph 24 of the Complaint, SCA advised Plaintiff that Plaintiff's prior demands to Alpine Securities had resulted in MYEcheck shares being restricted for approximately 7 weeks, "which time is far greater than required by law under these circumstances," and that SCA understood "Alpine Securities advised you to obtain a temporary restraining order." A true and correct copy of the e-mail correspondence between me and Mr. Starrs on January 16, 2014 is attached as Exhibit 3.

15. The following day, I contacted Thomas Russell, Plaintiff's attorney who had issued prior legal opinions confirming the marketability of MYEcheck stock that had been issued at Sweetsun's direction. A true and correct copy of the e-mail from me to Mr. Russell dated January 16, 2014, is attached as Exhibit 4.

16. Mr. Russell responded "[w]e feel the documentation that we relied upon to issue our opinion is accurate and complete." A true and correct email sent to me from Mr. Russell dated January 21, 2014 is attached as Exhibit 4.

17. Since January 15, 2014, the remaining MYEcheck stock deposited with SCA has been sold into the marketplace and no MYEcheck stock remains on deposit at SCA.

18. While the stock at issue is derivative of certificates that had been deposited with SCA, SCA is unable to say who now owns the shares, as the stock was sold into the marketplace.

19. Based on industry practice, it is likely that many shares sold so long ago may have been sold one or more additional times since.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of June, 2015.

By _____
D. Michael Cruz

EXHIBIT 1



November 13, 2013

Compliance Department
Alpine Securities
440 East 400 South
Salt Lake City, Utah 84111

Re: MYEC Certificates # 3767, 3668, 3769, 3770, 3771, 3772, 3773, 3774, 3775, 3776, 3777 and 3778.

Dear Compliance Manager,

MyECheck is the issuer of common stock traded on the OTC.PK under the symbol "MYEC".

It has come to our attention that 300,000,000 shares of MyECheck stock, MyECheck Certificates Numbers 3767 through 3778 inclusive in the amounts of 25,000,000 shares each, have been issued to Sweetsun Intertrade Inc in error.

These certificates were re-issued to ALPCO on 10/04/2013 and it appears most are currently on deposit at Alpine.

We are requesting that the shares be frozen from trading and returned to the transfer agent, Signature Stock Transfer, for cancellation.

Please call me at (916) 365-6963 to discuss further.

Sincerely,

Edward R Starrs
President

EXHIBIT 2



November 25, 2013

Ms. Betsy Voter and Ms. Holly Harpin                By Email & Overnight Delivery
Alpine Securities
440 East 400 South
Salt Lake City, UT 84111

Re: MyECheck ("MYEC") Certificate Numbers 3767, 3668, 3769, 3770, 3771, 3772, 3773, 3774, 3775, 3776, 3777 and 3778; each in the amount of 25,000,000 shares for a total of 300,000,000 shares.

Dear Ms. Voter and Ms. Harpin:

The above referenced shares are invalid and have been issued without consideration. Please immediately stop transfer of these shares.

The Transfer Agent has been directed to stop transfer of the invalid shares. Please be advised that if you sell the above referenced shares issued to Alpine Securities, or allow your client to sell these shares, you are selling invalid shares issued without consideration that cannot be transferred. The Transfer Agent will not be able to transfer the shares to a new owner.

We are notifying the Market Markers that there are invalid shares held, and identifying those shares held by Scottsdale Capital Advisors in the name if Alpine Securities, that the invalid shares cannot be transferred and to require Guaranteed Delivery.

Please immediately return the invalid shares to the Transfer Agent:

Signature Stock Transfer
2632 Coachlight Court
Plano, TX 75093

Please provide confirmation that the shares are being returned. If the invalid shares are not immediately returned to the MyECheck Stock Transfer Agent listed above, MyECheck will issue a Press Release to the public markets notifying them of the invalid shares and their inability to transfer the shares, should they buy the shares. We will also identify Alpine Securities as the party that holds the invalid shares, refuses to return the shares to the owner, and plans to sell them after being notified by the issuer that the shares cannot be transferred.

Sincerely,

Edward R. Starrs, President
(916) 365-6963

CC:   Tom Fehn, Fields, Fehn & Sherwin
      Jason Bogutski, Signature Stock Transfer
      dmaichaels@scottsdaleadvisors.com



November 25, 2013

Mr. Jason Bogutski
Signature Stock Transfer
2632 Coachlight Court
Plano, TX 75093

Re: MyECheck ("MYEC") Certificate Numbers 3767, 3668, 3769, 3770, 3771, 3772, 3773, 3774, 3775, 3776, 3777 and 3778; each in the amount of 25,000,000 shares for a total of 300,000,000 shares.

Dear Mr. Bogutski:

The above referenced shares are invalid and have been issued without consideration. Please immediately stop transfer of these shares.

Sincerely,

Edward R. Starrs
President
(916) 365-6963

CC:   Tom Fehn, Fields, Fehn & Sherwin
      Holly Harpin, Alpine Securities; Betsy Voter, Alpine Securities,
      dmaichaels@scottsdaleadvisors.com

EXHIBIT 3

## Mike Cruz

| | |
|---|---|
| **From:** | Mike Cruz <dmichael@scottsdalecapital.com> |
| **Sent:** | Thursday, January 16, 2014 5:03 PM |
| **To:** | 'Ed Starrs' |
| **Subject:** | RE: Response to MYEC letter dated 11/13/13 |

This acknowledges receipt of your email below and another email received today wherein you advised SCA of your intent to file a criminal complaint regarding this matter.

I am aware this matter was initiated with your demand letters of November 13, 2013 and November 25, 2013 to Alpine Securities. These demand letters resulted in the subject securities being restricted for approximately 7 weeks, which time is far greater than required by law under these circumstances. I understand Alpine Securities advised you to obtain a temporary restraining order. I hereby reiterate the same instructions.

I would gladly take further review of this matter, but you must provide me the documents requested below.

- Copies of all certificates you claim were invalidly issued.
- Copies of all alleged fraudulent documents.
- A written explanation of the facts and circumstances regarding your fraudulent claim with specific reference to the fraudulently issued documents.
- Proof that the subject shares have not been paid for by Sweetsun Intertrade.

Please do not contact or disturb SCA staff any further regarding this matter. Please provide all communications to me in writing. You may also refrain from providing updates on any threatening actions you plan to take against SCA. I will agree to accept service of process. You may want to want to consider contacting the Securities and Exchange Commission (ww.sec.gov).

Additionally, neither me nor anyone at SCA is authorized or at liberty to disclose any customer information to you or what actions, if any, we may take, regarding customer accounts and their transactions.

Regards,

Mike Cruz


*D. Michael Cruz*
LEGAL COUNSEL

## **Scottsdale Capital Advisors**
Member FINRA & SIPC
7170 E McDonald Road, Suite 6
Scottsdale, AZ 85253
*dmichael@scottsdalecapital.com* *Email*


**From:** Ed Starrs [mailto:ed.starrs@myecheck.com]
**Sent:** Thursday, January 16, 2014 3:45 AM
**To:** dmichael@scottsdalecapital.com

1

**Cc:** Holly Halpin; Betsy Voter
**Subject:** Re: Response to MYEC letter dated 11/13/13

Dear Mr. Michael,

As you have been previously notified, the shares of MYEC you have on behalf of Sweetsun Intertrade are invalid shares, non paid for, canceled on the books of the company and have no value. They were not authorized by the Issuer, MyECheck. They were created using fraudulent documents  You have accepted fraudulent documents that are obvious forgeries (copied and pasted signature.) You have not verified that the shares were paid for, you have no proof of payment. You did not confirm with the Issuer that the stock is valid.  However you are selling these worthless shares into the market knowing these facts, and are intentionally damaging MyECheck and its shareholders.. You have failed to perform adequate due diligence before accepting these shares, as is you fiduciary responsibility.

Because of this company's limited resources, it is taking longer than expected to get the appropriate law suits filed, but make no mistake, the process is underway.

Please refrain from selling any more of these invalid shares to the public.

We have proof that these shares have not been paid for by Sweetsun Intertarde. You have been negligent and it is causing significant damage.  Your immediate attention to this matter is appreciated.

Sincerely,


Ed Starrs, CEO

MyECheck, Inc. (OTC.PK: MYEC)

3941 Park Drive, Suite 20-179

El Dorado Hills, Ca 95762

(916) 222-4376 office

(916) 365-6963 mobile

(484) 266-6963 fax



CONFIDENTIALITY NOTICE: This e-mail and all documents that accompany it are intended only for the use of the individual or entity to which addressed and may contain privileged or confidential information. Any unauthorized disclosure or distribution of this e-mail message is prohibited including, but not limited to, forwarding. If you have received this e-mail message in error, please notify the sender immediately. Thank you.

EXHIBIT 4

## Mike Cruz

**From:** Tom Russell <tor@tor-law.com>
**Sent:** Tuesday, January 21, 2014 3:32 PM
**To:** 'Mike Cruz'
**Subject:** RE: Sweetsun - 300M MYEC - Adverse Claim

Mr. Cruz,

I have reviewed our file. As you know our opinion related to the Sweetsun Intertrade Inc. transaction is dated July 31, 2013, which is prior to this alleged settlement agreement between MYEC and Tangiers Investors. Our transaction involved a $32,000.00 noted dated June 26, 2009 in favor of Tangiers Investors LP executed by My E Checks Inc. We confirmed consideration by verifying a wire deposit from Tangiers into the checking account of My E Check Inc. on June 30, 2009. We feel the documentation that we relied upon to issue our opinion is accurate and complete.

Please let me know if you have any questions.

Regards,

Tom Russell


**From:** Mike Cruz [mailto:dmichael@scottsdalecapital.com]
**Sent:** Friday, January 17, 2014 11:21 AM
**To:** tom@cllfirm.com
**Subject:** Sweetsun - 300M MYEC - Adverse Claim

Mr. Russell,

I'm counsel for Scottsdale Capital Advisors (SCA). I don't believe we have spoken before but I am familiar with your legal work on the restricted stock deposit side of the world. I manage SCA's stock clearance and liquidation business and sign-off directly on many certificate deposit transactions handled by the firm.

I am writing with respect to the above deposit of MYEC shares by Sweetsun Intertrade and the adverse claim we received from the issuer, Ed Starr. I attached some of the demands made by Mr. Starr and a copy of your legal opinion. This email also contains a chain of more recent communications regarding this matter. Please advise if you have any information you can share with us regarding this claim. Also, I would appreciate being notified if Mr. Starr's claims affect your legal opinion in any way.

Thank you for your attention to this matter.

Regards,

Mike Cruz


*D. Michael Cruz*
LEGAL COUNSEL

## Scottsdale Capital Advisors
Member FINRA & SIPC

1