UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYECHECK, INC., | No. 2:14-CV-2889 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| SWEETSUN INTERTRADE, et al., | |
| Defendants. | |

A status conference was held in this case on December 10, 2015. Brian Katz appeared for plaintiff. Having reviewed plaintiff's Status Report filed on December 3, 2015, and discussed the case with counsel at the hearing, the court confirms the salient points of the discussion on the record.

On December 8, 2015 plaintiff filed a Request for Entry of Default for defendant Sweetsun Intertrade, Inc. (ECF 32). The clerk entered default as to Sweetsun Intertrade on December 10, 2015. (ECF 35). Plaintiff shall file a motion seeking entry of default judgment by **January 11, 2016**.

Seven Miles Securities and plaintiff have reached a settlement, and Seven Miles now has been voluntarily dismissed. (ECF No. 36).

1

1    Defendant Titan International Securities, Inc. has been served.  If Titan does not
2 timely respond to the complaint, plaintiff shall promptly seek entry of default and move for
3 default judgment.
4    This matter is set for a further Status Conference on February 18, 2016, at 2:30
5 p.m. in Courtroom 3 before Judge Kimberly J. Mueller.  The parties shall file a joint status report
6 no less than seven days before the new date for the status conference.
7    IT IS SO ORDERED.
8 DATED: January 7, 2016.

_____
UNITED STATES DISTRICT JUDGE