UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYECHECK, INC., | No. 2:14-cv-02889 KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| TITAN INTERNATIONAL SECURITIES, INC., et al., | |
| Defendants. | |

On March 31, 2016, the magistrate judge filed findings and recommendations applicable to this case which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 52. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 31, 2016, are adopted in full;

/////

1

    2. Plaintiff's motions for default judgment, ECF Nos. 39, 44, are denied without prejudice; and

    3. Plaintiff is granted thirty days to file an amended complaint addressing the deficiencies discussed in the findings and recommendations.

DATED: June 2, 2016

_____
UNITED STATES DISTRICT JUDGE