UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYECHECK, INC., | No. 2:14-cv-02889-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| SEVEN MILES SECURITIES et al., | |
| Defendants. | |

On March 31, 2017, this court granted Brian R. Katz's motion to withdraw as attorney for plaintiff. ECF No. 69 at 4. Plaintiff, as a corporation, is subject to the longstanding rule that "corporations and other incorporated associations must appear in court through an attorney." *Indymac Fed. Bank, F.S.B.*, No. 08–1871, 2010 WL 2000013, at *2; *see also* Local Rule 183(a). Because Katz's withdrawal would have effectively placed the plaintiff in immediate violation of the rules, this court granted plaintiff thirty days to obtain substitute counsel. ECF No. 69 at 4. The court warned plaintiff if it failed to obtain new counsel, and have counsel file a notice of appearance, it would be subject to dismissal for failure to prosecute. *Id.* The order was served on plaintiff at its last known address. *Id.*

Thirty days have long passed, and there is no indication plaintiff has obtained counsel. Accordingly, the court orders plaintiff to SHOW CAUSE, within seven days of this order, why this case should not be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

DATED: May 30, 2017.

_____
UNITED STATES DISTRICT JUDGE