```
ELGUINDY, MEYER & KOEGEL, LLP
JOSEPH M. ELGUINDY, State Bar Number 173666
    jelguindy@emklawyers.com
RYAN N. MEYER, State Bar Number 258400
    rmeyer@emklawyers.com
2990 Lava Ridge Court, Suite 205
Roseville, CA 95661
Telephone:  (916) 778-3310
Facsimile:   (916) 330-4433
```

Attorneys for Plaintiff MYECHECK, INC.




# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYECHECK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SEVEN MILES SECURITIES, et al., <br><br> Defendants. | Case No.: 2:14-CV-02889-KJM-AC <br><br> **STATUS CONFERENCE STATEMENT** <br><br> DATE:  September 28, 2017 <br> TIME:   2:30 p.m. <br> CTRM:  3 <br><br> JUDGE:  Hon. Kimberly J. Mueller |

Plaintiff MYECHECK, INC. ("MEC") hereby submits the following Status Conference Statement in advance of the Status Conference scheduled for September 28, 2017 in the above-captioned matter:

**I.     Summary of the claims and legal theories.**

Plaintiff MyECheck, Inc., seeks Declaratory Relief to cancel share certificates that were issued fraudulently. Plaintiff MyECheck also seeks an injunction to prevent transfer of the fraudulently issued shares.

**II.    Status of service of process on parties not yet served.**

Plaintiff's present counsel is in the process of finalizing an amended Complaint, tracking the required changes suggested by the Court in ruling on Plaintiff's prior Motion for Default

Judgment against Defendant Sweetsun Intertrade, Inc. and Defendant Titan International Securities, Inc.  Plaintiff anticipated that the motion to amend the pleadings to allow for filing an amended Complaint will be ready for submission to the Court within the next few weeks.  Once the Court has granted Plaintiff leave to amend, then Plaintiff will file and serve the amended Complaint on these Defendants.  As before, it is anticipated that there will be some additional time required to achieve service on the Defendants, but it is not anticipated that either will answer or otherwise response to any amended pleading (as they did not do so as to the original Complaint and were thus in Default).

Defendant Seven Miles Securities and Defendant Scottsdale Capital Advisors Corporation have been dismissed from the case.

**III.    Possible joinder of additional parties.**

Plaintiff does not intend to join any additional parties.

**IV.    Anticipated amendment of pleadings.**

As advised above, Plaintiff intends to file a motion to amend the Complaint, so as to address the concerns the Court expressed in its Order of March 31, 2016 in ruling on the Motion for Default Judgment.  Plaintiff anticipates that the motion to amend will be ready within the coming few weeks.

**V.    The basis for jurisdiction and venue.**

Plaintiff claims subject matter jurisdiction under 28 U.S.C. Section 1332, Diversity of Citizenship, and supplemental jurisdiction over the state and common law claims pursuant to 28 U.S.C. Section 1367.

Venue is proper in this district under 28 U.S.C. Section 1391 (b)(2) the issuance of shares, and the false representations took place within the County and State in which this Court is located.

**VI.    Anticipated motion with suggested dates.**

Plaintiff anticipates that the motion to amend will be filed shortly, and if the Defendants remaining the case do as they did before (i.e., no appear), then Plaintiff will be asking the Court to issue a Default Judgment by way of further motion (the timing of which will be dependent upon the Court's ruling on the anticipated motion to amend and the timing of service of the amended

pleading on the remaining parties).

**VII.** **Anticipated and outstanding discovery.**

There is no outstanding discovery and Plaintiff does not anticipate the need for any discovery at this time.

**VIII.** **Proposed discovery plan required by Federal Rules of Civil Procedure 26(f).**

The Plaintiff anticipates filing a motion to amend its operative pleading, which will then need to be served on the remaining parties. At this time, Plaintiff does not anticipate the need for a discovery plan. However, upon service of any forthcoming amended pleading, should an opposing party appear, Plaintiff will meet and confer with said party concerning the timing, form, and requirements for disclosures under rule 26(a).

**IX.** **Scheduling of further proceedings.**

Plaintiff proposes that the Court set a hearing for Plaintiff's forthcoming motion to amend the Complaint. At said hearing, and depending upon the outcome, the Plaintiff and the Court can calendar a further status conference while the Plaintiff works to serve the amended Complaint on the remaining parties.

**X.** **Estimated length of trial.**

One court day. No party has requested a jury trial.

**XI.** **Appropriateness of special procedures.**

Plaintiff does not believe special procedures are appropriate.

**XII.** **Modification of standard pretrial procedures.**

Plaintiff does not propose modification of standard pretrial procedures.

**XIII.** **Related cases.**

There are no related cases on file in this district.

**XIV.** **Prospects for settlement, including whether a settlement conference should be scheduled and whether the parties stipulate to the trial judge acting as the settlement judge.**

The parties have not discussed settlement. It is not anticipated that settlement conferences would be of assistance (as Plaintiff anticipates this will go by way of Default Judgment).

1 **XV.** **Other matters.**

2     None.

4 Dated: September 21, 2017          Respectfully submitted,

ELGUINDY, MEYER & KOEGEL, LLP

By: _____
    Joseph M. ElGuindy, Esq.
    Ryan N. Meyer, Esq.
Attorneys for Plaintiff MYECHECK, INC.

