


ELGUINDY, MEYER & KOEGEL, LLP
JOSEPH M. ELGUINDY, State Bar Number 173666
   *jelguindy@emklawyers.com*
RYAN N. MEYER, State Bar Number 258400
   *rmeyer@emklawyers.com*
2990 Lava Ridge Court, Suite 205
Roseville, CA 95661
Telephone: (916) 778-3310
Facsimile:  (916) 330-4433

Attorneys for Plaintiff MYECHECK, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYECHECK, INC., <br><br>        Plaintiff, <br><br>vs. <br><br>SEVEN MILES SECURITIES, et al., <br><br>        Defendants. | Case No.: 2:14-CV-02889-KJM-AC <br><br>**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br>DATE:    November 17, 2017 <br>TIME:    10:00 a.m. <br>CTRM.:  3 <br><br>JUDGE:  Kimberly J. Mueller |

     Pursuant to Federal Rules of Civil Procedure, Rule 15(a)(2), plaintiff MYECHECK, INC. ("MEC") moved for leave to file a Second Amended Complaint ("SAC") against defendants SWEETSUN INTERTRADE, INC. ("Sweetsun"), TITAN INTERNATIONAL SECURITIES, INC. ("Titan"), and Does 1 – 20. After review of the motion and supporting documents, and with good cause appearing,

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED** that the Motion for Leave to Amend is GRANTED and MEC shall be and hereby is granted leave of Court to file its SAC. The SAC filed concurrently with the Motion shall be deemed filed as of this day, and MEC is ordered to forthwith attempt service of the SAC on the named parties.

DATED this 14th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE

2
ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT