# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

MYECHECK, INC.,

V.

TITAN INTERNATIONAL SECURITIES, INC.,
ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NO: 2:14-CV-02889-KJM-AC

TO: Sweetsun Intertrade, Inc., Titan
International Securities, Inc.
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

Joseph M. Elguindy
Elguindy Meyer & Koegel, LLP
2990 Lava Ridge Court, Suite 205
Roseville, California 95661

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARIANNE MATHERLY

CLERK

/s/ L. Reader

(By) DEPUTY CLERK



ISSUED ON 2018-01-25 15:49:52.0, Clerk
USDC EDCA

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE February 7, 2018 |
|---|---|
| NAME OF SERVER *(PRINT)* Carlos Matus | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served on Morgan & Morgan Trust Corporation (Belize) Registered Agent For Sweetsun Intertrade Inc (See Public Acess Information attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES US$25 | TOTAL US$25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/02/18
Date

Signature of Server

8 Fort Street, Belize City, Bze
Address of Server

# Government of Belize (IBC)

Marina Towers
Suite 201
Newtown Barracks
Belize City, Belize
Central America:

Telephone : (501) 224-4701, 223-5108, 223-5120
Fax      : (501) 223-5124
E-Mail   : ibc@btl.net
Date     : 06/02/2018

## PUBLIC ACCESS INFORMATION:

| | |
|---|---|
| **IBC Company name :** | SWEETSUN INTERTRADE INC. |
| **Registered agent :** | Morgan & Morgan Trust Corporation (Belize) Limited |
| **Agent's address :** | Withfield Tower, Third Floor, 4792 Coney Drive |
| **Registered office :** | WITHFIELD TOWER, THIRD FLOOR, 4792 CONEY DRIVE |
| **Registration number :** | 54,401 |
| **Registration date :** | 23/08/2006 |
| **Authorized capital :** | 50,000.00 |
| **Public Investment :** | N |
| **Registered Documents :** | N |
| **Struck Off :** | 03/01/2017 |

Private and Confidential - Do not copy or distribute: