UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYECHECK, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SEVEN MILES SECURITIES, et al.,<br><br>    Defendants. | No. 2:14-cv-02889-KJM-AC<br><br><br>ORDER |

A further status conference was held in this case on September 27, 2018. Having reviewed the plaintiff's Status Conference Statement filed on September 14, 2018, discussed the relevant issues with counsel at the hearing, and reviewed plaintiff's post-status conference statement filed on October 9, 2018, the court makes the following orders:

    1.    The deadline for plaintiff to complete service on Titan International is 120 days from the date of this order. Plaintiff is cautioned that the court considers the new date firm and that failure to complete service within 120 days is likely to result in dismissal of defendant Titan International; and

/////

/////

/////

1

2. The deadline for plaintiff to file its renewed motion for default judgment as to defendant Sweetsun Intertrade, Inc. also is 120 days from the date of this order. Plaintiff is cautioned that failure to move for default judgment within 120 days may result in dismissal of Sweetsun Intertrade, Inc.

IT IS SO ORDERED.

DATED: October 10, 2018.

_____
UNITED STATES DISTRICT JUDGE