ELGUINDY, MEYER & KOEGEL, APC
JOSEPH M. ELGUINDY, State Bar Number 173666
  *jelguindy@emklawyers.com*
RYAN N. MEYER, State Bar Number 258400
  *rmeyer@emklawyers.com*
2990 Lava Ridge Court, Suite 205
Roseville, CA 95661
Telephone: (916) 778-3310
Facsimile:  (916) 330-4433

Attorneys for Plaintiff MEC INCORPORATED fka MYECHECK, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYECHECK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SWEETSUN INTERTRADE, INC.; TITAN INTERNATIONAL SECURITIES, INC.; and DOES 1 - 20, inclusive, <br><br> Defendants. | Case No.: 2:14-CV-02889-KJM-AC <br><br> **VOLUNTARY DISMISSAL OF ENTIRE ACTION** <br><br> JUDGE:  Kimberly J. Mueller <br> FILED:  December 11, 2014 <br> TRIAL:  Not Set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff MYECHECK, INC. pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses, without prejudice, the entire action.

Such dismissal shall be with without prejudice, with each side to bear its own fees and costs

Dated: January 4, 2019              Respectfully submitted,

ELGUINDY, MEYER & KOEGEL, APC

By: _____
    Joseph M. ElGuindy, Esq.
    Ryan N. Meyer, Esq.
Attorneys for Plaintiff MEC INCORPORATED fka MYECHECK, INC.



REQUEST FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE